389 P.2d 868

**Jerry A. THORMAN, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 39 HC.**

Supreme Court of New Mexico.

March 11, 1964.

Original Habeas Corpus Proceeding.

CARMODY, CHAVEZ, NOBLE and MOISE, Justices, sitting.

Ordered by the Court that the writ of habeas corpus issued herein on March 4, 1964, be and the same is hereby discharged.